CHARLES E. RUBEN, ESQ., State Bar #54456
LAW OFFICES OF
CHARLES E. RUBEN & ASSOCIATES
SUITE 1840
11111 SANTA MONICA BOULEVARD
LOS ANGELES, CALIFORNIA 90025-3333
(310) 445-4101
FAX (310) 445-4108

Attorneys for Plaintiff
Robert Haukoos, an individual

[SPACE BELOW FOR FILING STAMP ONLY]

FILED
CLERK U.S. DISTRICT COURT
NOV 21 2008
CENTRAL DISTRICT OF C...
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

312 NORTH SPRING STREET, LOS ANGELES, CA 90012

| | |
|---|---|
| ROBERT HAUKOOS, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE DIRECTORS GUILD OF AMERICA–PRODUCER PENSION PLANS, and DOES 1 through 100, inclusive,<br><br>       Defendants. | CASE NO. CV 08-717-JFW (AJWx)<br>LASC Case No. BC 384100<br>**Honorable John F. Walter**<br>STIPULATION OF DISMISSAL<br><br>Complaint Filed      : 01-22-08<br>Complaint Removed: 02-08-08<br>Discovery Cut-off  : 12-2208<br>Motion Cut-off       : 01-12-09<br>Trial Date              : 02-24-09 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through Plaintiff, Robert Haukoos, an individual, by and through his attorney of record, Charles E. Ruben, and Defendant, Trustees of the Directors Guild of America–Producer Pension Plans by

////
////
////
////
////

and through its attorney of record, Robert A. Bush, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: November 7, 2008

LAW OFFICES OF
CHARLES E. RUBEN & ASSOCIATES

By: _____
CHARLES E. RUBEN
Attorneys for Plaintiff
Robert Haukoos, an individual

DATED: November 7, 2008

BUSH GOTTLIEB SINGER LOPEZ
KPHANSKI ADELSTEIN & DICKINSON

By: _____
ROBERT A. BUSH
Attorneys for Defendant
Trustees of the Directors Guild of
America–Producer Pension Plans

IT IS SO ORDERED
Dated 11/21/08
_____
United States District Judge

2

STIPULATION OF DISMISSAL

Haukoos/Plead/Stipulation
Dismissal